ACCEPTED
01-14-00870-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
2/13/2015 1:21:32 PM
CHRISTOPHER PRINE
CLERK

**No. 01-14-00870-CV**

In the Court of Appeals
For the First District of Texas
Houston, Texas

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

2/13/2015 1:21:32 PM

CHRISTOPHER A. PRINE
Clerk

Elishah Sawyers; Pax Freight & Crate, Inc.;
and Robin Sawyers,

Appellants

vs.

Mark Carter and Sally Carter,

Appellees

Appeal from the 506th Judicial District Court of
Waller County, Texas
Trial Court Cause No. 14-07-22604

**APPELLEES MARK CARTER AND SALLY CARTER'S
FIRST OPPOSED MOTION FOR EXTENSION OF TIME TO
FILE BRIEF OF APPELLEES**

**Mr. Bruce C. Tough**
**State Bar No. 20151500**
**Tough Law Firm, PLLC**
**819 Crossbridge Drive**
**Spring, Texas 77373**
**btough@toughlawfirm.net**
**telephone: (281) 681-0808**
**telecopier: (281) 281-0809**
*Lead Counsel for Appellees*
*Mark Carter and Sally Carter*

1

**No. 01-14-00870-CV**

In the Court of Appeals
For the First District of Texas
Houston, Texas

Elishah Sawyers; Pax Freight & Crate, Inc.;
and Robin Sawyers,

Appellants

vs.

Mark Carter and Sally Carter,

Appellees

Appeal from the 506th Judicial District Court of
Waller County, Texas
Trial Court Cause No. 14-07-22604

**APPELLEES MARK CARTER AND SALLY CARTER'S
FIRST OPPOSED MOTION FOR EXTENSION OF TIME
TO FILE BRIEF OF APPELLEES**

**TO THE HONORABLE FIRST COURT OF APPEALS:**

**NOW COME** Appellees, Mark and Sally Carter, to file their first motion for an extension of time to file their Brief of Appellees pursuant to Rule 10.5 (b) of the Texas Rules of Appellate Procedure. In support thereof, the Appellees would respectfully show the Court as follows:

1.    The Court has noticed the deadline for filing the Brief of the Appellees on or before March 9, 2015.

2.    In accordance with Texas Rules of Appellate Procedure Rule 10.5 (b), Appellees Mark and Sally Carter request this **first** extension of time of thirty (30) days to file the Brief of Appellees in reliance upon the following reasonable facts to explain the need for an extension, shown as follows:

2a.    Appellees' counsel intends to file the Appellees' Brief on or before March 9, 2015 and requests this extension out of an abundance of caution in the event that demands on the time and resources of Appellees' counsel become overwhelming.

2b.    Appellees' counsel is lead counsel on several trial matters for which trial settings are scheduled in early to mid-March, 2015. Appellees' counsel is scheduled for a trial on March 2, 2015 in the 418th Judicial District Court of Montgomery County, Texas.  Appellees' counsel is also scheduled for two trial court settings in Harris County; one for the two-week period starting March 9, 2015 in the 125th Judicial District Court of Harris County, Texas; and, the other for the two-week period starting March 16, 2015 in the 80th Judicial District Court of Harris County, Texas.  Appellees' counsel is also scheduled to participate in a mediation in San Antonio

Texas on February 24, 2015 in a different client matter. Two of these trial matters presumably have been settled; however, because settlement agreements have not been prepared or finalized, the possibility of the matters going to trial remains a possibility. These foregoing matters will potentially require extensive time and preparation.

2c.   Appellees' counsel was substituted in on this appellate matter less than a month ago on January 15, 2015 and has been in the process of familiarizing himself with the history and issues in this case.

2d.   The Appellants' Brief has presented complex issues with extensive case law attached thereto that will require a substantial time to review.

3.   No previous extensions of time have been sought by Appellees.

4.   On February 11, 2015, Counsel for Appellees conferred by telephone with Counsel for Appellants, Scott Rothenberg, on his agreement to this first request for extension of time.  Mr. Rothenberg did not express his agreement to this motion for extension.

5.   Based on the foregoing, Appellees Mark and Sally Carter pray that this Court will grant the extension of time to file the Brief of the Appellees for thirty (30) days from March 9, 2015 until on or before April 8, 2015.

4

Respectfully submitted,

**TOUGH LAW FIRM, PLLC**

  /s/ Bruce C. Tough
**Bruce C. Tough**
btough@toughlawfirm.net email
State Bar No. 20151500
819 Crossbridge Drive
Spring, Texas 77373
(281) 681-0808 telephone
(281) 681-0809 telecopy
**Lead Counsel for Appellees**
**Mark Carter and Sally Carter**

**Certificate of Service**

I hereby certify that a true and correct copy of the foregoing document has been forwarded by e-filing and e-service to all lead counsel of record, on this 13th day of February, 2015, as follows:

Scott Rothenberg
LAW OFFICES OF SCOTT ROTHENBERG
2777 Allen Parkway, Suite 1000
Houston, Texas 77019-2165
(713) 667-0052 telecopier
scott@rothenberglaw.com email
***Counsel for Appellants***
***Elishah Sawyers; Pax Freight &***
***Crate, Inc.; and Robin Sawyers***

  /s/ Bruce C. Tough
Bruce C. Tough